UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MICHAEL A. TAYLOR,

               Petitioner,                   Case No. 2:19-cv-188

v.                                      Honorable Paul L. Maloney

CONNIE HORTON,

               Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:   November 14, 2019               /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge